In the Matter of Harriet Elizabeth Coffin, an Incompetent. Long Island Loan and Trust Company, Appellant; Lillian W. Couillard and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William B. Lawrence, Respondent, v. Montgomery B. Cowperthwait and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank M. Tichenor, Respondent, v. Charles Yung, Appellant, Impleaded with Joseph A. Macpeak.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.